**Fill in this information to identify the case:**

Debtor name    **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2018**    X /s/ Dana Micallef
_____
Signature of individual signing on behalf of debtor

**Dana Micallef**
_____
Printed name

**President**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Consumer Credit LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **6:18-bk-05448** |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cheryl Bilsland 6510 Hunters RDG North Zionsville, IN 46077-7000** | | **Contract and Deed Modification Services** | **Disputed** | | | **$40,258.00** |
| **Dean Otey 8603 Richmond Ave Manassas, VA 20110** | | **Contract and Deed Modification Services** | **Disputed** | | | **$3,750.00** |
| **Diane Dela Torres 13621 Camp Comfort Lane Austin, TX 78717** | | **Contract and Deed Modification Services** | **Disputed** | | | **$7,000.00** |
| **Edward Marquay Letha Marquay 2933 Garland Street Leavenworth, KS 66048** | | **Services not rendered** | **Disputed** | | | **$11,000.00** |
| **Eric Gray 224 Cass Circle Flint, TX 75762** | | **Contract and Deed Modificiation** | **Disputed** | | | **$3,850.00** |
| **Google 100 Enterprise Way Sunnyvale, CA 94089** | | **Marketing** | | | | **$490,000.00** |
| **Greenburg Traurig 54 State Street 6th Floor Albany, NY 12207** | | **Contract and Deed Modification Services** | **Disputed** | | | **$50,000.00** |
| **Heather DeSilva 650 Tamarack Ave Apt. 101 Brea, CA 92821** | | **Contract and Deed Modification Services** | **Disputed** | | | **$7,000.00** |
| **Internal Revenue P.O. Box 621501 Atlanta, GA 30362** | | **2013, 2014, 2015 and 2018 tax debt** | | | | **$288,553.73** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **American Consumer Credit LLC** | | Case number *(if known)* | **6:18-bk-05448** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Judith LaSalle 1727 W. 59th Place Los Angeles, CA 90047** | | **Contract and Deed Modification Services** | **Disputed** | | | **$4,850.00** |
| **Katherine Canada 7250 Rocky Lane Acworth, GA 30102** | | **Contract and Deed Modification Services** | **Disputed** | | | **$4,500.00** |
| **Kerri Broussard 197 Gano Deridder, LA 70634** | | **Contract and Deed Modification Services** | **Disputed** | | | **$4,300.00** |
| **Laura Marcasciano 23 Bavarian Way Altamont, NY 12009** | | **Contract and Deed Modification Services** | **Disputed** | | | **$4,850.00** |
| **Linda Montgomery 8623 Lupone Ct. Elk Grove, CA 95624** | | **Contract and Deed Modification Services** | **Disputed** | | | **$3,950.00** |
| **Maritza Jorge 16236 NW 14th Ct. PA TRC CDF Pompano Beach, FL 33071** | | **Contract and Deed Modification Services** | **Disputed** | | | **$3,500.00** |
| **Mary McKinney 28180 SE 200th Rd. Kincaid, KS 66039** | | **Contract and Deed Modification Services** | **Disputed** | | | **$3,754.45** |
| **Robert Cruze 1100 Ashland Ave River Forest, IL 60305** | | **Contract and Deed Modification Services** | **Disputed** | | | **$5,200.00** |
| **Sandra Malloy 39 Magnolia Creek Rd. Santa Rosa Beach, FL 32459** | | **Contract and Deed Modification Services** | **Disputed** | | | **$4,750.00** |
| **Spectrum 3347 Platt Springs Rd. West Columbia, SC 29170** | | **Phones** | **Disputed** | | | **$28,000.00** |
| **Time Warner Cable 7820 Crescent Executive Drive 1st Floor Charlotte, NC 28217** | | **Services Rendered** | **Disputed** | | | **$28,055.16** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **American Consumer Credit LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:18-bk-05448**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................   $   **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................   $   **40,078.54**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $   **40,078.54**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $   **288,553.73**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **918,412.26**

4.   **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b   $   **1,206,965.99**

**Fill in this information to identify the case:**

Debtor name    **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Seacoast Bank, Seacoast National Bank 1240 W. Grande Blvd. Ormond Beach, FL 32174** | **Busines Checking Plus** | 7171 | **$12,576.63** |
| 3.2. | **Seacoast Bank, Seacoast National Bank 1240 W. Grande Blvd. Ormond Beach, FL 32174** | **Free Business Checking** | 7091 | **$1,784.30** |
| 3.3. | **Seacoast Bank, Seacoast National Bank 1240 W. Grande Blvd. Ormond Beach, FL 32174** | **Free Business Checking** | 7331 | **$497.61** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$14,858.54** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **American Consumer Credit LLC**                     Case number *(If known)*  **6:18-bk-05448**
          Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|-----|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **22,000.00** | - | **0.00** | = .... | **$22,000.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$22,000.00** |
|-----|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers (15) $2,250** **Old scanners (2) 20** **Desks (8) $800** **Printer $100** **Chairs (several) $50** | **$3,220.00** | Liquidation | **$3,220.00** |

| Debtor | **American Consumer Credit LLC** | Case number *(If known)* **6:18-bk-05448** |
|--------|----------------------------------|--------------------------------------------|
|        | Name                             |                                            |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   Add lines 39 through 42.  Copy the total to line 86.

   $3,220.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

|     | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Cloud Database** | Unknown | Liquidation | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **American Consumer Credit LLC**                                    Case number *(If known)*  **6:18-bk-05448**
          _____
          Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **American Consumer Credit LLC** | Case number *(If known)* | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">Part 12:</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,858.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,220.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,078.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,078.54 |

9/28/18 8:31PM

**Fill in this information to identify the case:**

Debtor name     **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:       List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$2,300.00** |
|  | **Florida Department of Revenue** | *Check all that apply.* |  |  |
|  | **P.O. Box 6668** | ☐ Contingent |  |  |
|  | **Tallahassee, FL 32314** | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

|  |  |  | | |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288,553.73** | **$0.00** |
|  | **Internal Revenue** | *Check all that apply.* |  |  |
|  | **P.O. Box 621501** | ☐ Contingent |  |  |
|  | **Atlanta, GA 30362** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **2013, 2014, 2015 and 2018 tax debt** |  |  |
|  | Last 4 digits of account number **8406** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

**Part 2:       List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
Adriana Alcarez
18041 1st Ave NE
Seattle, WA 98155

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.2**

**Nonpriority creditor's name and mailing address**
Alexandra Fitchett
9826 Atena Lane
Port Richey, FL 34668

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

**3.3**

**Nonpriority creditor's name and mailing address**
Alexis Wright
858 Village Ct.
Murfreesboro, TN 37130

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**$3,020.00**

---

**3.4**

**Nonpriority creditor's name and mailing address**
Amanda Wao
1640 Bowie Lane
Frisco, TX 75033

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5**

**Nonpriority creditor's name and mailing address**
Amirali Kasravi
3602 Timbercreek Circle
Roswell, GA 30076

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**
Amy Collamore
6558 #2 Hampton Place
Fort Riley, KS 66442

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7**

**Nonpriority creditor's name and mailing address**
Anissa and Dan Wall
73 Childrees Rd.
Thomaston, GA 30286

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Contract and Deed Modification Services

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Anthony Carta**
**818 Highland Avenue**
**New Bern, NC 28562**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Antonia Jnobaptiste**
**18 Bovard Ave**
**Ormond Beach, FL 32176**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Barbara Landis**
**24581 S. Country Line Rd.**
**Litchfield, MI 49252**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barbra Riley**
**P.O. Box 365**
**New Caney, TX 77357**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00** |
|---|---|---|---|

**Betty Brinson**
**618 Portsmouth Ave**
**Portsmouth, VA 23704**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Beverly Scullion**
**7015 Fortune Drive**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Bob Hasty**
**4271 Vallie Drive**
**Macon, GA 31204**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|

**Boyd Walker**
**120 Gazelle Trail**
**Winchester, VA 22602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00** |
|---|---|---|---|

**Brian Bossley**
**435 Tipperary Loop**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Carlos Serna**
**1519 Michigan Ave**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|

**Charles Emerson and**
**Donna Illene Shisler**
**P.O. Box 693**
**Carnation, WA 98014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __3/5/2018__

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,258.00** |
|---|---|---|---|

**Cheryl Bilsland**
**6510 Hunters RDG North**
**Zionsville, IN 46077-7000**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00** |
|---|---|---|---|

**Chris Robinson**
**5501 13th Ave South**
**Minneapolis, MN 55417**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __3/9/218__

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Christine Ocampo**
**19710 Kempwood Loop**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

9/28/18 8:31PM

Debtor **American Consumer Credit LLC** Case number (if known) **6:18-bk-05448**
Name

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Christopher Bellotti**<br>**4210 29th Ave NW**<br>**Gig Harbor, WA 98335**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,200.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Clare Hanson**<br>**6614 Ahiahi Place**<br>**Diamondhead, MS 39525**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Claudie Bazelais**<br>**1171 East 59th Street**<br>**Brooklyn, NY 11234**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Curtis Jennings**<br>**7611 Flowering Magnolia Lane**<br>**Quinton, VA 23141**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Dale Coulter**<br>**100 N. Oregon Ave**<br>**Morton, IL 61550**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Daniel Antkowiak**<br>**72 Lemoine**<br>**Buffalo, NY 14227**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Darryl and Franmarie Williams**<br>**508 Sea Dunes Court**<br>**Loganville, GA 30052**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract and Deed Modification Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,550.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Dave Missal**
**9600 East Aspen Hill Lane**
**Lone Tree, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Dean Otey**
**8603 Richmond Ave**
**Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$3,750.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Dean Sinerius**
**25842 S. Foxglenn Drive**
**Chandler, AZ 85248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$2,200.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Deborah Garulske**
**33 Sherwood Drive**
**Westport, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Debra Cole**
**524 SE 40th Terrace**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$2,500.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Denise Barrett**
**1604 Winthrop Lane**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$2,450.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Denise Perkins**
**15777 Doyon Place**
**La Mirada, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Contract and Deed Modification Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$1,800.00**

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |

**Denise Sebo**
**5419 W. Montrose Ave**
**Chicago, IL 60641**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |

**Diane Dela Torres**
**13621 Camp Comfort Lane**
**Austin, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |

**Dimarche Robinzine**
**25 Oneal Rd.**
**Marks, MS 38646**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |

**Donna Shisler**
**P.O. Box 693**
**Easton, WA 98925**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |

**Edward Marquay**
**Letha Marquay**
**2933 Garland Street**
**Leavenworth, KS 66048**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Services not rendered

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |

**Eric Gray**
**224 Cass Circle**
**Flint, TX 75762**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modificiation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |

**Eric Smith**
**10402 Boyette Creek Blvd.**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number  2017

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number *(if known)* | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erika Spies**
**5435 Los Palos Dr.**
**New Port Richey, FL 34655**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**Ernetso Guzman**
**1060 Rosier Rd.**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**FPL**
**General Mall Facility**
**Miami, FL 33188**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Electric</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fran Cool**
**2980 Silverton Way**
**Sparks, NV 89436**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fran Herrin**
**610 Trinity St. NE**
**Albany, OR 97322**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Gary Kraft**
**710 East Washington Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Gayneita Shaw**
**1519 Michigan Ave**
**La Porte, IN 46350**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Contract and Deed Modification Services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490,000.00** |
|---|---|---|---|

**Google**
**100 Enterprise Way**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June-August**

Basis for the claim:  **Marketing**

Last 4 digits of account number  **3453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Grace Moolcha**
**9930 Sagemill Drive**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gracie Reyna**
**17961 FM 1485**
**New Caney, TX 77357**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Greenburg Traurig**
**54 State Street**
**6th Floor**
**Albany, NY 12207**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Heather DeSilva**
**650 Tamarack Ave Apt. 101**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00** |
|---|---|---|---|

**James and Valary Gwinn**
**4237 Clendon Way**
**Oklahoma City, OK 73115**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/30/2018**

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**James Curtin**
**1054 Cardinal Ct.**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Gordon**
**6916 Ebb Tide Ave**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|

**James Hieatt**
**1250 Lullabrooke Court**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Jamie Caldwell**
**37 Country Cove Drive**
**Braselton, GA 30517**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _2018_

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00** |
|---|---|---|---|

**Jamie Quaternik**
**Brett Tobin**
**261 Flower Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _1651_

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Jennifer Croxton**
**198 Sequoia Ridge Drive**
**Winfield, MO 63389**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Jeremy Summerlin**
**10402 Boyette Creek Blvd.**
**Riverview, FL 33569**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**John Deemer**
**25 Carriage Lane**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Contract and Deed Modification Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address**

**John Weigly**
**3055 EliochManor Drive**
**Powhatan, VA 23139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,150.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

**Joshua Krausha**
**1 Norhside Piers Apt. #16**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,650.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

**Judith LaSalle**
**1727 W. 59th Place**
**Los Angeles, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,850.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**

**Julia A. Randall**
**1262 N. Dillon**
**Mesa, AZ 85207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Kacie Peterson**
**15049 State Hwy 31 East**
**Brownsboro, TX 75756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,600.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Katherine Canada**
**7250 Rocky Lane**
**Acworth, GA 30102**

Date(s) debt was incurred _

Last 4 digits of account number **2016**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,500.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Keith Peach**
**313 Clements Ave**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Contract and Deed Modification Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00** |

**Kerri Broussard**
**197 Gano**
**Deridder, LA 70634**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kerri Chiccola**
**809 West Jefferson Street**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kimberly Hanniman**
**1923 Joeys Ct**
**Atwater, CA 95301**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kristen Marsh**
**6703 Linwood Terrace Drive**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |

**Kymi Black**
**16124 Cary Street**
**Omaha, NE 68136**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |

**La'Shika Meanus**
**300 North Alard Street #1305**
**Antioch, IL 60002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Larry Smith**
**23204 E. 3200 N. Rd.**
**Dwight, IL 60420**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Contract and Deed Modification Services_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number *(if known)* | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00** |
|---|---|---|---|
| | **Laura Marcasciano**<br>**23 Bavarian Way**<br>**Altamont, NY 12009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Laverne Davis**<br>**2903 Armadillo Drive**<br>**Killeen, TX 76549** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Lillian Simmons**<br>**16 East 91 Street**<br>**Brooklyn, NY 11212** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2/10/2017** | | |
| | Last 4 digits of account number **0310** | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Linda Dicamillo**<br>**2103 Tall Pines**<br>**Clementon, NJ 08021** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|
| | **Linda Gallardo**<br>**5551 Mossavale Circle**<br>**Huntington Beach, CA 92649** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|
| | **Linda Montgomery**<br>**8623 Lupone Ct.**<br>**Elk Grove, CA 95624** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linda Novick**<br>**25894 Farimount Blvd.**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Contract and Deed Modification Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Lisa Morancie**
**3885 Dungan Street**
**Philadelphia, PA 19124**

Date(s) debt was incurred  **9/18/2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$2,350.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Lisa Watts**
**564 Howell Drive**
**Locust Grove, GA 30248**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$2,800.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Luther Hunter**
**24 158th Place Apartments**
**E12**
**Calumet City, IL 60409**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Maeghan and Christopher**
**Disponett**
**1030 Twelve Oaks Drive**
**Lawrenceburg, KY 40342**

Date(s) debt was incurred  **4/5/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$2,900.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Maritza Jorge**
**16236 NW 14th Ct. PA TRC CDF**
**Pompano Beach, FL 33071**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$3,500.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Mark Wilcox**
**15247 Ashby Way W.**
**Carrollton, VA 23314**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$3,300.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Martha Ramos**
**6951 Alan Drive**
**Denver, CO 80221**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ☑ No ☐ Yes

$2,300.00

---

| Debtor | **American Consumer Credit LLC** | | Case number *(if known)* | **6:18-bk-05448** |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | Nonpriority creditor's name and mailing address
Mary McKinney
28180 SE 200th Rd.
Kincaid, KS 66039

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,754.45**

---

**3.93** | Nonpriority creditor's name and mailing address
Matthew and Debra Cole
524 SE 40th Terrace
Ocala, FL 34471

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.94** | Nonpriority creditor's name and mailing address
Micheal Abate
209 Lake Ave
Trenton, VA 24401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.95** | Nonpriority creditor's name and mailing address
Micheal Peterson
410 S. Mill Street
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.96** | Nonpriority creditor's name and mailing address
Michelle Marquez
42603 W. Cheyenne Drive
Maricopa, AZ 85138

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.97** | Nonpriority creditor's name and mailing address
Michelle Nelson
8831 Sioux
Redford, MI 48239

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98** | Nonpriority creditor's name and mailing address
Mina Miller
13958 Southampton Drive
Bonita Springs, FL 34135

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Consumer Credit LLC** | | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|---|
| | Name | | | |

---

**3.99** | Nonpriority creditor's name and mailing address
Natasha Szepel
2 East Edinburgh Drive
New Castle, DE 19720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

**3.100** | Nonpriority creditor's name and mailing address
Nicholas Stone
420 57 Street Unit 307
Kenosha, WI 53140

Date(s) debt was incurred _
Last 4 digits of account number __2168__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,199.65**

---

**3.101** | Nonpriority creditor's name and mailing address
Nicole Novak
663 Clifton Drive
Bear, DE 19701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.102** | Nonpriority creditor's name and mailing address
Oshay Barner
16688 Trail Sky Circle
Parker, CO 80134

Date(s) debt was incurred _
Last 4 digits of account number __2018__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.103** | Nonpriority creditor's name and mailing address
Patricia Korte
45 Jamison Street
Uniontown, PA 15401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104** | Nonpriority creditor's name and mailing address
Penny Teeters
14835 165th Ave SE
Monroe, WA 98272

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,375.00**

---

**3.105** | Nonpriority creditor's name and mailing address
Peter and Nancy Coughlin
305 Secret Hollow Way
Saint Johns, FL 32259

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Contract and Deed Modification Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

| Debtor | **American Consumer Credit LLC** | | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|---|
| | Name | | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,300.00** |
|---|---|---|---|
| | **Peter Coughlin** | ☐ Contingent | |
| | **305 Secret Hollow Way** | ☐ Unliquidated | |
| | **Saint Johns, FL 32259** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rebakah Nelson** | ☐ Contingent | |
| | **203A Pelham Drive** | ☐ Unliquidated | |
| | **Leesburg, GA 31763** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Richard Donahue** | ☐ Contingent | |
| | **114 Kings View Rd.** | ☐ Unliquidated | |
| | **Marlborough, MA 01752** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,850.00** |
|---|---|---|---|
| | **Richard R. Reyna** | ☐ Contingent | |
| | **17961 FM 1485** | ☐ Unliquidated | |
| | **New Caney, TX 77357** | ■ Disputed | |
| | **Date(s) debt was incurred** __3/29/2018__ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |
|---|---|---|---|
| | **Richard Turner** | ☐ Contingent | |
| | **6816 North Ryley Ln.** | ☐ Unliquidated | |
| | **Otis Orchards, WA 99027** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rob and Christina Tellez** | ☐ Contingent | |
| | **6440 Lake Arrowhead** | ☐ Unliquidated | |
| | **San Diego, CA 92119** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,200.00** |
|---|---|---|---|
| | **Robert Cruze** | ☐ Contingent | |
| | **1100 Ashland Ave** | ☐ Unliquidated | |
| | **River Forest, IL 60305** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract and Deed Modification Services__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **American Consumer Credit LLC**                                    Case number *(if known)*    **6:18-bk-05448**
_____
Name

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
|---|---|---|---|

**Robert Fochr**
**425 San Geronimo Valley**
**Drive**
**P.O. Box 101**
**San Geronimo, CA 94963**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **2018**

Basis for the claim:  **Contract and Deed Modificaiton Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Robert Leventry**
**392 Gardiner Rd.**
**West Kingston, RI 02892**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Milbrath**
**4338 Willow Bend Ct**
**Beaumont, TX 77707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modificaiton Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Sobczak**
**316 Cranbrook Ct.**
**Shingle Springs, CA 95682**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Ronald Crull**
**424 Arbor Lane Ct. Unit #202**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Ruth Strain**
**12174 S. Azurite Circle**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
|---|---|---|---|

**Sandra Malloy**
**39 Magnolia Creek Rd.**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract and Deed Modification Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **American Consumer Credit LLC**                    Case number (if known)    **6:18-bk-05448**
_____
Name

---

**3.120**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,775.00**

**Sharyn Ruff**
**3140 Tice Creek Way**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sophia Stewart-Jenkins**
**4826 Kingston Circle**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00**

**Spectrum**
**3347 Platt Springs Rd.**
**West Columbia, SC 29170**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phones**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

**Stephen & Karen Williams**
**28425 Idensbrook Ct.**
**Southfield, MI 48034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,875.00**

**Sylvester Wilson**
**585 Isaac Weeks Rd.**
**Clinton, NC 28328**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00**

**Tataneka and Tshome Thibeaux**
**1040 Golden Gate Ave**
**Stockton, CA 95205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Teresa Baity**
**16946 County Road 37 South**
**Billingsley, AL 36006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract and Deed Modification Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00**

Thejaswini Gundavarjula
Saibaba
6204 Little Piney Drive
Lake Saint Louis, MO 63367

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **0487**

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  **2018**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Theresa Gedrys
19 Beach Rd. Ext.
Clinton, CT 06413

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

Thomas James Richardson Jr.
20134 Seablossom Lane
Katy, TX 77449

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **11/28/2016**

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Thomas Ohlson
77 Halsey Drive
Old Greenwich, CT 06870

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

Tiana Veale
1806 Treeline Court Fort
Walton
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

Tim Slade
10878 Hwy 7
Primm Springs, TN 38476

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Contract and Deed Modification Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,055.16**

Time Warner Cable
7820 Crescent Executive
Drive 1st Floor
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **8/7/2018**

Basis for the claim: **Services Rendered**

Last 4 digits of account number  **8601**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

---

**3.134**  **Nonpriority creditor's name and mailing address**
**Tina Hering**
**610 Trinity St. NE**
**Albany, OR 97322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135**  **Nonpriority creditor's name and mailing address**
**Toni Brady**
**4717 Sable Pine Circle D1**
**West Palm Beach, FL 33417**

Date(s) debt was incurred _

Last 4 digits of account number  5448

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**$2,800.00**

---

**3.136**  **Nonpriority creditor's name and mailing address**
**Troy Knutson**
**4568 SW Comus Place**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137**  **Nonpriority creditor's name and mailing address**
**Valerie  and Paul Woodhouse**
**P.O. Box 26**
**Hermitage, TN 37076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**$3,500.00**

---

**3.138**  **Nonpriority creditor's name and mailing address**
**Vasuki Sargunan**
**11370 Astoria Blvd.**
**Houston, TX 77089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**$2,200.00**

---

**3.139**  **Nonpriority creditor's name and mailing address**
**Viginia McNulty**
**11 Barabara Lane**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140**  **Nonpriority creditor's name and mailing address**
**William Buggs**
**1221 Kings Tree Drive**
**Bowie, MD 20721**

Date(s) debt was incurred  8/11/2017

Last 4 digits of account number  1464

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Contract and Deed Modification Services

Is the claim subject to offset? ☑ No ☐ Yes

**$2,200.00**

---

| Debtor | **American Consumer Credit LLC** | Case number (if known) | **6:18-bk-05448** |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**William Sims**
**148 Blakesfery Sub Division**
**Lineville, AL 36266**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**William Whitson**
**117 Moultrie Crossing**
**Saint Augustine, FL 32086**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilma Quarin**
**1157 Bluewood Lane**
**Dayton, OH 45458**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Contract and Deed Modification Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. $ | 288,553.73 |
| 5b. **Total claims from Part 2** | 5b. + $ | 918,412.26 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,206,965.99 |

**Fill in this information to identify the case:**

Debtor name    **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Commercial Lease Agreement** | |
| State the term remaining    **month to month** | **Mosohe LLC** |
| List the contract number of any government contract | **18 Brovard Ave** **Ormond Beach, FL 32176** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **American Consumer Credit LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:18-bk-05448**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Dana Micallef** | **1888 John Anderson Drive Ormond Beach, FL 32176 President of American Cosumer Credit LLC** | **Wyndham Vacation Resorts** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **American Consumer Credit LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-05448**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$180,000.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | **$6,841,107.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$4,779,603.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **American Consumer Credit LLC**                    Case number *(if known)*    **6:18-bk-05448**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Google Inc.** | **7/24/2018 $120,731.58 6/20/2018 $169,975.16** | **$290,706.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dana Micallefs 1888 John Anderson Drive Ormond Beach, FL 32176** | **Weekly Salary of $5,000.00 also monthly bonuses that vary each month.** | **$20,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Peter Coughlin et. al. v. American Consumer Credit LLC 2018-36095-COCI** | **Civil Case** | **Volusia County Clerk** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **American Consumer Credit LLC**                                    Case number *(if known)*  **6:18-bk-05448**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Wyndham Vacation Ownership, Inc. et. al. v. American Consumer Credit LLC, et al. 9:18-CV80095-ROSENBERG/REINHART** | **Federal Civil** | **United States District Court Southern Distrist of Florida Miami Div. 400 North Miami Ave Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Client Data-Theft: Manager stole database with client information. Charges were filed by Ormond Neach Police Department. on June 2018.** | **None received.** | **2017** | **$5,000,000.00** |
| **Wyndham improperly removed property of the debtor that was not ordered by the lawsuit in the Southern District of Florida, along with filing cabinets.** | | | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor   **American Consumer Credit LLC**                    Case number *(if known)* **6:18-bk-05448**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Adam Law Group P.A. 301 West Bay Street Ste. 1430 Jacksonville, FL 32202** | **Initial Retainer Fee, paid by Dana Micallef, President of American Consumer Credit LLC** | **September 6, 2018** | **$13,283.00** |
| | **Email or website address www.adamlawgroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **United States Bankruptcy Court Middle District of Florida 400 W, Washington Street Ste. 5100 Orlando, FL 32801** | **Filing Fee Payment** | **September 6, 2018** | **$1,717.00** |
| | **Email or website address https://www.flmb.uscourts.gov/** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **American Consumer Credit LLC**                    Case number *(if known)*  **6:18-bk-05448**

---

- ■ No. Go to Part 9.
- □ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- □ No.
- ■ Yes. State the nature of the information collected and retained.

    **Credit card payments and also personal information to include their social security numbers.**

    Does the debtor have a privacy policy about that information?
    - ■ No
    - □ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- □ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **American Consumer Credit LLC**                    Case number *(if known)*   **6:18-bk-05448**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **American Consumer Credit LLC**                          Case number *(if known)*  **6:18-bk-05448**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Seabreeze Bookkeeping & Tax Service LLC** <br> **Attn: Bob Kidd** <br> **682 S. Yoinge Street** <br> **Ormond Beach, FL 32174** | **2014 through current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dana Micallef** | **1888 John Anderson Drive** <br> **Ormond Beach, FL 32176** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | American Consumer Credit LLC | Case number (if known) 6:18-bk-05448 |
| --- | --- | --- |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Dana Mcali<br>1888 Johns Anderson Drive<br>Ormond Beach, FL 32176 | $885,000 | Monthly | Monthly salary, bonuses and reimbursements |
| | Relationship to debtor<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2018**

**/s/ Dana Micallef**                                    **Dana Micallef**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

9/28/18 8:31PM

# United States Bankruptcy Court
## Middle District of Florida

In re    __American Consumer Credit LLC__                              Case No.    __6:18-bk-05448__

Debtor(s)                                           Chapter     __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __September 28, 2018__                    Signature    __/s/ Dana Micallef__

                                                              **Dana Micallef**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

| | | |
|---|---|---|
| In re | **American Consumer Credit LLC** | Case No.   **6:18-bk-05448** |
| | Debtor(s) | Chapter   **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 28, 2018**              **/s/ Dana Micallef**

**Dana Micallef/President**
Signer/Title

American Consumer Credit LLC
18 Bovard Ave
Ormond Beach, FL 32174

Anthony Carta
818 Highland Avenue
New Bern, NC 28562

Carlos Serna
1519 Michigan Ave
La Porte, IN 46350

Thomas C. Adam
The Adam Law Group
301 West Bay Street Ste. 1430
Jacksonville, FL 32202

Antonia Jnobaptiste
18 Bovard Ave
Ormond Beach, FL 32176

Charles Emerson and
Donna Illene Shisler
P.O. Box 693
Carnation, WA 98014

Adriana Alcarez
18041 1st Ave NE
Seattle, WA 98155

Barbara Landis
24581 S. Country Line Rd.
Litchfield, MI 49252

Cheryl Bilsland
6510 Hunters RDG North
Zionsville, IN 46077-7000

Alexandra Fitchett
9826 Atena Lane
Port Richey, FL 34668

Barbra Riley
P.O. Box 365
New Caney, TX 77357

Chris Robinson
5501 13th Ave South
Minneapolis, MN 55417

Alexis Wright
858 Village Ct.
Murfreesboro, TN 37130

Betty Brinson
618 Portsmouth Ave
Portsmouth, VA 23704

Christine Ocampo
19710 Kempwood Loop
Round Rock, TX 78665

Amanda Wao
1640 Bowie Lane
Frisco, TX 75033

Beverly Scullion
7015 Fortune Drive
Middleton, WI 53562

Christopher Bellotti
4210 29th Ave NW
Gig Harbor, WA 98335

Amirali Kasravi
3602 Timbercreek Circle
Roswell, GA 30076

Bob Hasty
4271 Vallie Drive
Macon, GA 31204

Clare Hanson
6614 Ahiahi Place
Diamondhead, MS 39525

Amy Collamore
6558 #2 Hampton Place
Fort Riley, KS 66442

Boyd Walker
120 Gazelle Trail
Winchester, VA 22602

Claudie Bazelais
1171 East 59th Street
Brooklyn, NY 11234

Anissa and Dan Wall
73 Childrees Rd.
Thomaston, GA 30286

Brian Bossley
435 Tipperary Loop
Delaware, OH 43015

Curtis Jennings
7611 Flowering Magnolia Lane
Quinton, VA 23141

Dale Coulter
100 N. Oregon Ave
Morton, IL 61550

Denise Barrett
1604 Winthrop Lane
Monroe, NC 28110

Erika Spies
5435 Los Palos Dr.
New Port Richey, FL 34655

Dana Micallef
1888 John Anderson Drive
Ormond Beach, FL 32176

Denise Perkins
15777 Doyon Place
La Mirada, CA 90638

Ernetso Guzman
1060 Rosier Rd.

Daniel Antkowiak
72 Lemoine
Buffalo, NY 14227

Denise Sebo
5419 W. Montrose Ave
Chicago, IL 60641

Florida Department of
Revenue
P.O. Box 6668
Tallahassee, FL 32314

Darryl and Franmarie
Williams
508 Sea Dunes Court
Loganville, GA 30052

Diane Dela Torres
13621 Camp Comfort Lane
Austin, TX 78717

FPL
General Mall Facility
Miami, FL 33188

Dave Missal
9600 East Aspen Hill Lane
Lone Tree, CO 80124

Dimarche Robinzine
25 Oneal Rd.
Marks, MS 38646

Fran Cool
2980 Silverton Way
Sparks, NV 89436

Dean Otey
8603 Richmond Ave
Manassas, VA 20110

Donna Shisler
P.O. Box 693
Easton, WA 98925

Fran Herrin
610 Trinity St. NE
Albany, OR 97322

Dean Sinerius
25842 S. Foxglenn Drive
Chandler, AZ 85248

Edward Marquay
Letha Marquay
2933 Garland Street
Leavenworth, KS 66048

Gary Kraft
710 East Washington Ave
Gilbert, AZ 85234

Deborah Garulske
33 Sherwood Drive
Westport, CT 06880

Eric Gray
224 Cass Circle
Flint, TX 75762

Gayneita Shaw
1519 Michigan Ave
La Porte, IN 46350

Debra Cole
524 SE 40th Terrace
Ocala, FL 34471

Eric Smith
10402 Boyette Creek Blvd.
Riverview, FL 33569

Google
100 Enterprise Way
Sunnyvale, CA 94089

Grace Moolcha
9930 Sagemill Drive
Houston, TX 77089

Gracie Reyna
17961 FM 1485
New Caney, TX 77357

Greenburg Traurig
54 State Street
6th Floor
Albany, NY 12207

Heather DeSilva
650 Tamarack Ave Apt. 101
Brea, CA 92821

Internal Revenue
P.O. Box 621501
Atlanta, GA 30362

James and Valary Gwinn
4237 Clendon Way
Oklahoma City, OK 73115

James Curtin
1054 Cardinal Ct.
Batavia, IL 60510

James Gordon
6916 Ebb Tide Ave
Apollo Beach, FL 33572

James Hieatt
1250 Lullabrooke Court
Sparks, NV 89436

Jamie Caldwell
37 Country Cove Drive
Braselton, GA 30517

Jamie Quaternik
Brett Tobin
261 Flower Street
Costa Mesa, CA 92627

Jennifer Croxton
198 Sequoia Ridge Drive
Winfield, MO 63389

Jeremy Summerlin
10402 Boyette Creek Blvd.
Riverview, FL 33569

John Deemer
25 Carriage Lane
Ponte Vedra Beach, FL 32082

John Weigly
3055 EliochManor Drive
Powhatan, VA 23139

Joshua Krausha
1 Norhside Piers Apt. #16
Brooklyn, NY 11249

Judith LaSalle
1727 W. 59th Place
Los Angeles, CA 90047

Julia A. Randall
1262 N. Dillon
Mesa, AZ 85207

Kacie Peterson
15049 State Hwy 31 East
Brownsboro, TX 75756

Katherine Canada
7250 Rocky Lane
Acworth, GA 30102

Keith Peach
313 Clements Ave
Frankfort, KY 40601

Kerri Broussard
197 Gano
Deridder, LA 70634

Kerri Chiccola
809 West Jefferson Street
Colorado Springs, CO 80907

Kimberly Hanniman
1923 Joeys Ct
Atwater, CA 95301

Kristen Marsh
6703 Linwood Terrace Drive
Richmond, TX 77407

Kymi Black
16124 Cary Street
Omaha, NE 68136

La'Shika Meanus
300 North Alard Street #1305
Antioch, IL 60002

Larry Smith
23204 E. 3200 N. Rd.
Dwight, IL 60420

Lisa Watts
564 Howell Drive
Locust Grove, GA 30248

Micheal Peterson
410 S. Mill Street
Tempe, AZ 85281

Laura Marcasciano
23 Bavarian Way
Altamont, NY 12009

Luther Hunter
24 158th Place Apartments
E12
Calumet City, IL 60409

Michelle Marquez
42603 W. Cheyenne Drive
Maricopa, AZ 85138

Laverne Davis
2903 Armadillo Drive
Killeen, TX 76549

Maeghan and Christopher
Disponett
1030 Twelve Oaks Drive
Lawrenceburg, KY 40342

Michelle Nelson
8831 Sioux
Redford, MI 48239

Lillian Simmons
16 East 91 Street
Brooklyn, NY 11212

Maritza Jorge
16236 NW 14th Ct. PA TRC CDF
Pompano Beach, FL 33071

Mina Miller
13958 Southampton Drive
Bonita Springs, FL 34135

Linda Dicamillo
2103 Tall Pines
Clementon, NJ 08021

Mark Wilcox
15247 Ashby Way W.
Carrollton, VA 23314

Mosohe LLC
18 Brovard Ave
Ormond Beach, FL 32176

Linda Gallardo
5551 Mossavale Circle
Huntington Beach, CA 92649

Martha Ramos
6951 Alan Drive
Denver, CO 80221

Natasha Szepel
2 East Edinburgh Drive
New Castle, DE 19720

Linda Montgomery
8623 Lupone Ct.
Elk Grove, CA 95624

Mary McKinney
28180 SE 200th Rd.
Kincaid, KS 66039

Nicholas Stone
420 57 Street Unit 307
Kenosha, WI 53140

Linda Novick
25894 Farimount Blvd.
Beachwood, OH 44122

Matthew and Debra Cole
524 SE 40th Terrace
Ocala, FL 34471

Nicole Novak
663 Clifton Drive
Bear, DE 19701

Lisa Morancie
3885 Dungan Street
Philadelphia, PA 19124

Micheal Abate
209 Lake Ave
Trenton, VA 24401

Oshay Barner
16688 Trail Sky Circle
Parker, CO 80134

Patricia Korte
45 Jamison Street
Uniontown, PA 15401

Robert Cruze
1100 Ashland Ave
River Forest, IL 60305

Sophia Stewart-Jenkins
4826 Kingston Circle
Kissimmee, FL 34746

Penny Teeters
14835 165th Ave SE
Monroe, WA 98272

Robert Fochr
425 San Geronimo Valley
Drive
P.O. Box 101
San Geronimo, CA 94963

Spectrum
3347 Platt Springs Rd.
West Columbia, SC 29170

Peter and Nancy Coughlin
305 Secret Hollow Way
Saint Johns, FL 32259

Robert Leventry
392 Gardiner Rd.
West Kingston, RI 02892

Stephen & Karen Williams
28425 Idensbrook Ct.
Southfield, MI 48034

Peter Coughlin
305 Secret Hollow Way
Saint Johns, FL 32259

Robert Milbrath
4338 Willow Bend Ct
Beaumont, TX 77707

Sylvester Wilson
585 Isaac Weeks Rd.
Clinton, NC 28328

Rebakah Nelson
203A Pelham Drive
Leesburg, GA 31763

Robert Sobczak
316 Cranbrook Ct.
Shingle Springs, CA 95682

Tataneka and Tshome Thibeaux
1040 Golden Gate Ave
Stockton, CA 95205

Richard Donahue
114 Kings View Rd.
Marlborough, MA 01752

Ronald Crull
424 Arbor Lane Ct. Unit #202
Thousand Oaks, CA 91360

Teresa Baity
16946 County Road 37 South
Billingsley, AL 36006

Richard R. Reyna
17961 FM 1485
New Caney, TX 77357

Ruth Strain
12174 S. Azurite Circle
Herriman, UT 84096

Thejaswini Gundavarjula
Saibaba
6204 Little Piney Drive
Lake Saint Louis, MO 63367

Richard Turner
6816 North Ryley Ln.
Otis Orchards, WA 99027

Sandra Malloy
39 Magnolia Creek Rd.
Santa Rosa Beach, FL 32459

Theresa Gedrys
19 Beach Rd. Ext.
Clinton, CT 06413

Rob and Christina Tellez
6440 Lake Arrowhead
San Diego, CA 92119

Sharyn Ruff
3140 Tice Creek Way
Sacramento, CA 95834

Thomas James Richardson Jr.
20134 Seablossom Lane
Katy, TX 77449

Thomas Ohlson
77 Halsey Drive
Old Greenwich, CT 06870

Viginia McNulty
11 Barabara Lane
Plainview, NY 11803

Tiana Veale
1806 Treeline Court Fort
Walton
Fort Walton Beach, FL 32547

William Buggs
1221 Kings Tree Drive
Bowie, MD 20721

Tim Slade
10878 Hwy 7
Primm Springs, TN 38476

William Sims
148 Blakesfery Sub Division
Lineville, AL 36266

Time Warner Cable
7820 Crescent Executive
Drive 1st Floor
Charlotte, NC 28217

William Whitson
117 Moultrie Crossing
Saint Augustine, FL 32086

Tina Hering
610 Trinity St. NE
Albany, OR 97322

Wilma Quarin
1157 Bluewood Lane
Dayton, OH 45458

Toni Brady
4717 Sable Pine Circle D1
West Palm Beach, FL 33417

Troy Knutson
4568 SW Comus Place
Portland, OR 97219

Valerie  and Paul Woodhouse
P.O. Box 26
Hermitage, TN 37076

Vasuki Sargunan
11370 Astoria Blvd.
Houston, TX 77089

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **American Consumer Credit LLC**                                 Case No.    **6:18-bk-05448**
_____                          Chapter     **11**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____ **13,283.00**

    Prior to the filing of this statement I have received ............................    $ _____ **13,283.00**

    Balance Due ...............................................................................    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Dana Mcallef, President of American Consumer Credit LLC**
                                      **1888 Johns Anderson Drive**
                                      **Ormond Beach, Florida 32176**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of**
        **reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC**
        **522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or**
    **any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 28, 2018**
_____              _____
_Date_                                        **/s/ Thomas C. Adam**
                                              **Thomas C. Adam**
                                              _Signature of Attorney_
                                              **The Adam Law Group**
                                              **301 West Bay Street Ste. 1430**
                                              **Jacksonville, FL 32202**
                                              **904-329-7249  Fax: 904-516-9230**
                                              **tadam@adamlawgroup.com**
                                              _____
                                              _Name of law firm_

---